IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01427-WDM-OES

DAN PETERSON,

    Plaintiff,

v.

SEARS ROEBUCK & CO., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIM FOR EXEMPLARY DAMAGES ONLY**

---

The court construes Defendant Blue River Sales Company, Inc. Unopposed Motion for Dismissal of Plaintiff's Claim for Exemplary Damages as a Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, the exemplary damages claim only is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 10, 2006.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL