IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01427-WDM-MEH

DAN PETERSON,

    Plaintiff,

v.

SEARS ROEBUCK & CO., et al.,

    Defendants.

## NOTICE OF DISMISSAL AS TO DEFENDANT SEARS ONLY

The court takes judicial notice that the parties have filed a stipulated motion for dismissal of defendant without prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed as to defendant Sears Roebuck & Co., only, without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, May 15, 2006

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL